upon in Abstracts 36724, 38185, 49561, 49622, and *Kraft Phenix Cheese Corp.* v. *United States* (T. D. 47955); and (3) 1 percent of the net weight for the Switzerland cheese similar in all material respects to that the subject of Abstract 42146, *Mattia Locatelli* v. *United States* (T. D. 48284), and id. (T. D. 49302). The protest was sustained to this extent.

**No. 49955.**—Protests 945809–G, etc., of Otto Roth & Co., Inc. (New York.)

Opinion by KEEFE, J. In accordance with stipulation and following the cited cases the following allowances were made by the court to compensate for foreign substance on the outside of the cheese: (1) 2½ percent for cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), and Abstracts 42146 and 48269; and (2) 1 percent for cheese similar in all material respects to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.* Cheese similar in all material respects to that the subject of *United States* v. *Wheeler & Miller* (32 C. C. P. A. 22, C. A. D. 280) was held properly dutiable at 5 cents per pound under paragraph 710 as modified by T. D. 48554 as claimed. The protests were sustained to this extent.

**No. 49956.**—Protest 972024–G of W. X. Huber Co. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and following the decisions cited, which were incorporated herein, the merchandise in question was held dutiable as follows: (1) Certain items the same in all material characteristics respectively as the articles having the corresponding exhibit designations and passed upon in *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held to be free of duty under paragraph 1669 as crude drugs, or dutiable at 10 percent under paragraph 34 as drugs, advanced; (2) ve-tsin similar in all material respects to that the subject of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), found to contain salt, was excluded from paragraph 5 and held dutiable at 20 percent under paragraph 1558 as a nonenumerated manufactured article; and (3) the duck meat packed in oil similar in all material respects to that the subject of *Wa Chong* v. *United States* (T. D. 45695) was held dutiable upon the basis of the weight of the duck, exclusive of the oil, agreed to weigh 55 pounds. The protest was sustained to this extent.

JANUARY 10, 1945

**No. 49957.**— otest 75335–K of Edward Boote. Plaintiff's application for rehearing granted.